27 F.3d 557
 Kenworthy (Hugh, III), Tither (W. Thomas, Jr.), Dimeling
(William R.), Tuten (John C., Jr.), t/a, d/b/a
Tobias Knoblauch Private Bank
v.
Hargrove (Sarah W.), Secretary of Banking of Commonwealth of
Pa., Brine (John), Smith (Peter), Pournaras (Eleni),
McCullough (Maureen), White (John), Foley (Thomas),
Secretary of Labor and Industry of Commonwealth of Pa.,
Chronister (Ronald E.), Former Acting Insurance Commissioner
of Com. of Pa. and Former Acting Director of State
 NO. 93-1999
 United States Court of Appeals,
Third Circuit.
 May 11, 1994
 
 Appeal From: E.D.Pa.,
 Van Antwerpen, J.
 
 
 1
 AFFIRMED.